UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RANDALL BATINKOFF, TOP SECRET,<br><br>Plaintiffs,<br><br>vs.<br><br>SMO INTERNATIONAL, INC., BIGDADDYBEAUTY.COM, DENNIS SMOLINSKI, LIANA C. ROBERTS,<br><br>Defendants. | 2:18-CV-12905-TGB<br><br>ORDER<br><br>HONORABLE<br>TERRENCE G. BERG |

## **ORDER REGARDING CLERK'S ENTRY OF DEFAULT**

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before February 18, 2020.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for

the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 4th day of February, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge